## DIMOND v. SHINE.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA.

No. 410.   Argued February 21, 23, 1905.—Decided May 29, 1905.

*Hyde* v. *Shine, ante,* p. 62, followed.

*Mr. Frank H. Platt* and *Mr. J. C. Campbell,* with whom *Mr. Charles Page* and *Mr. Samuel Knight* were on the brief, for appellant.

*The Solicitor General* and *Mr. Francis J. Heney,* Special Assistant to the Attorney General, with whom *Mr. Arthur P. Pugh,* Special Assistant United States Attorney, was on the brief for the United States.[1]

PER CURIAM.   This case is indistinguishable from the last, and the judgment of the Circuit Court is also

*Affirmed.*

—————————————————————————————

[1] This case was argued simultaneously with *Hyde* v. *Shine;* for abstracts of briefs see *ante,* p. 64.